UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
ANCHORAGE DIVISION

VINCENT F. RIVERA, #518508,
FLORIDA STATE PRISON,
    PLAINTIFF(S)/PETITIONER(S),

v.

FRANK MURKOWSKI, GOVERNOR;
U.S. SENATORS LISA MURKOWSKI; TED
STEVENS, WALTER LAMAR, BUR. INDIAN AFFAIRS;
AND THE ALASKA DEPARTMENT OF CORRECTIONS,
OFFICIALLY, PERSONALLY, RESPECTIVELY, SPECIFICALLY,
ETC., ET AL.,
    DEFENDANTS-RESPONDENTS.

CS. NO.

RECEIVED
MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

COMPLAINT-JURY
TRIAL DEMANDED

JURISDICTION: 28 USC § 1332
VENUE: 28 USC § 1391(e)

3:06-CV-000106 RRB

PLAINTIFF(S)/PETITIONER(S) SUES THE DEFENDANTS-RESPONDENTS NAMED-ABOVE, AND WOULD ALLEGE:

COUNT-I

DEPRIVATION OF CIVIL RIGHTS 1/2 USC §§ 1981, 1983, 1985(3), & 1997, FOR VIOLATIONS OF THE 1ST, 4TH, 5TH, 8TH, 13TH, 14TH, 15TH & 24TH AMDTS. TO THE U.S. CONST.

COUNT-II

CONSPIRACY TO DENY PLAINTIFF(S)/PETITIONER(S) FEDERAL CONSTITUTIONAL RIGHTS.

COUNT-III

PENDENT STATE CLAIM FOR SELECTIVE ENFORCEMENT OF STATE PENAL LAW.

COUNT-IV

PENDENT STATE CLAIM FOR FALSIFICATION OF OFFICIAL STATE ADMINISTRATIVE AGENCY RECORDS (DOCUMENT FRAUD & FORGERY).

STATEMENT OF THE FACTS

1. PRISON ADMINISTRATORS ACTING UNDER THE AUTHORITY OF THE ALASKA DEPARTMENT OF CORRECTIONS (AKDOC), AND THE BUREAU OF INDIAN AFFAIRS (BIA), PIRATE THE SOCIAL SECURITY NUMBERS (SSNs) OF CONVICTED FELONS; AND USE THE FALSE (SSNs) TO FLESHOUT "PHANTOM EMPLOYEES." THE FICTITIOUS PERSONS ARE ASSIGNED CARETAKERS, USUALLY SUPERVISORY PRISON OFFICIALS, WHOM CREATE FALSE CREDENTIALS BY APPLYING

FOR: DRIVERS LICENSES, FISHING AND HUNTING LICENSES, LIBRARY CARDS, SUBSIDIZED HOUSING & UTILITIES, WORKERS COMPENSATION, ETC. ONCE THE PHANTOM EMPLOYEES' BOGUS PERSONNEL FILES MEET AN ACCEPTABLE DOCUMENT FRAUD STANDARD - I.E., STATE VITAL STATISTICS DATABASE, DEPT. OF MOTOR VEHICLES DATABASE, NATIONAL NEW HIRE DATABASE, ETC., THEIR PERSONAL INFORMATION IS SUBMITTED CENSUS DIVISIONAL ELECTION &/OR COUNTY ELECTION SUPERVISORS FOR PLACEMENT ON VOTER REGISTRATION ROLLS.

2. THE CLANDESTINE PHANTOM EMPLOYEE/IDENTITY FRAUD SCHEME IS AIMED AT SUBVERTING THE ELECTORAL PROCESS OF THE UNITED STATES BY DILUTION OF VOTES, RIGGED ELECTIONS, WEIGHTED VOTING DISTRICTS, GERRYMANDERS, AND BALLOT-STUFFING, AS WELL AS ILLEGAL CAMPAIGN FINANCING. PROPOSITION 34 AND THE ENACTMENT OF MCCAIN-FEINGOLD LAW, INDICATE THAT THE U.S. GOVERNMENT WAS AWARE OF SUCH A PROBLEM AS EARLY ON AS 1996. HOWEVER, THE U.S. GOVERNMENT IS ENGAGING IN DENIAL AND DECEPTION WITH RESPECT TO THE WAGES OF PRISON BELT PHANTOM EMPLOYEES; TRANSFERED INTO CERTAIN EMPLOYEE CLUB ACCOUNTS AND TRUSTS BY MEMBERS FDIC CONTRACTING WITH THE (AKDOC) & (BIA) - VIZ., WELLS FARGO, WASHINGTON MUTUAL, WACHOVIA, ETC.

3. PART OF THE SCHEME ENGRAFTS UPON THE FEDERAL BANKING FRAUD STATUTE, 18 USC § 1344. CARETAKERS CASH THEIR PRINCIPLES' (PHANTOM EMPLOYEES) BANK ISSUED PAYROLL CHECKS VIA AUTOMATIC TELLER MACHINES (ATMs, DIRECT DEPOSITS, CREDIT UNIONS, ETC.). THESE ASSETS ARE LAUNDERED THROUGH THE AEGIS OF THE PRISON INDUSTRIAL COMPLEX KNOWN AS "PRISON INDUSTRY ENHANCEMENT" OR "PIE." CORPORATIONS CONTRACTING WITH THE PRISON BELT (STATE-TO-STATE) - VIZ., ARAMARK, SYSCO, KEEFE COMMISSARY NETWORK, CORRECTIONS CORP OF AMERICA, THE GEO GROUP (A.K.A. WACKENHUT CORRS. CORP), PRISON HEALTH SVCS, FORD MOTORS, WEXFORD HEALTH SVCS, CARTER GOBLE ASSOC., INC., TERRY YON & ASSOC., MHM, 3M CO., SMITH & WESSON, USA, SEMPRA ENERGY, PACIFIC BELL, AT&T, MCI/SBC COMMUNICATIONS, CMS, CORPLAN, INC., PFIZER, MERCK, ELI LILLY & CO., GLAXOSMITHKLEIN, GILEAD, HOFFMAN-LA ROCHE, ORGANON, USA, SCHERING-PLOUGH, MCKESSON, ABBOTT LABS, EVERCOM SYS. INC., GLOBAL TEL* LINK CORP., PELCO SECURITY CAMERAS, VERIZON, BANNUM, INC., MARANTHA CORRS. CORP., SHERWOOD MEDICAL CORP., JOHNSON & JOHNSON, SANOFI-AVENTIS, COLGATE-PALMOLIVE CO., FEDEX, RYDER, SODEXHO, VELDA FARMS, STONY FIELD FARMS, CHRYSLER (DAIMLER), DEERE & CO., REMINGTON FIREARMS CO., BENTON, SCOTT, GEORGIA-PACIFIC, ETC., SELL STOCKS, BONDS, ASSET GROUPS, CURRENCY OPTIONS, AND OTHER FINANCIAL PRODUCTS TO THE PHANTOM EMPLOYEES. THE "PIE" COMPANIES SPONSOR POLITICAL CANDIDATES WITH CORPORATE POLITICAL DONATIONS.

4. THE PRISON INDUSTRIAL COMPLEX - VIZ., PRISON ENFORCEMENT OPERATIONS AT POINT MCKENZIE CORR. FARM, SAN QUENTIN STATE PRISON, FOLSOM PRISON, CORCORAN, PELICAN BAY, FLORIDA STATE PRISON, OREGON INTENSIVE MANAGEMENT UNIT, HIGH-INTENSITY CONTROL (H-ICON) (N. CAROLINA), LUCASVILLE STATE PENITENTIARY, MANSFIELD CORR. INST., AIRWAY HEIGHTS CORR. CTR., HONDO, SUPERMAX (FLORENCE, CO), PARCHMAN FARM, FISHKILL CORR. CTR., WENDE CORR. FAC., MCNEIL ISLAND (SCC), GREENVILLE CORR. CTR, INNER PERIMETER SECURITY UNIT (IPS), SOMERS NORTHERN CORR. INST., BAY COUNTY BOOT CAMP (FLA), CHADTERIAN YOUTH CORR. FAC., NEBRASKA STATE PENITENTIARY, CHARLES BASS CORR. COMPLEX, WEST TENNESSEE STATE PRISON, MOORE HAVEN CI (FLA), SOUTH BAY CI (FLA), GADSDEN CI (FLA), WALLA WALLA STATE PRISON, ARIZON PRISON COMPLEX-LEWIS, PINE PRARIE CORR. CTR, SOUTHERN LOUISIANA CORR. CTR., REIDSVILLE PRISON, EDDIEVILLE PRISON, HARDEMAN COUNTY CORR. FAC., CLINTON CORR. FAC., FLUVANNA CORR. CTR., UTAH STATE PRISON, NORTH DAKOTA STATE PENITENTIARY, ANGOLA STATE PRISON, LEE ADJUSTMENT CTR.,

---

1/ IN SEVERAL STATES PHARMACEUTICAL CONTRACTS ARE A FRONT FOR CLINICAL TRIALS ON PATENTABLE DRUGWARE, AND DRUG TRAFFICKING CANABOLIC ANDROGENIC STEROIDS, ANALGESICS,
2/ MASS. CORR. INST.

Crowley County Corr. Ctr., Delaware Corr. Ctr., Riverbend Prison, Rogers State Prison, Martin CI, Charlotte CI (See Florida Prison Legal Perspectives Vol. 11, Issues 5 & 6 Sept/Dec 2005, Vol. 12, Iss 1, Jan/Feb 2006; Tallahassee Democrat, March 18, 2006); Huntsville Corr. Fac.; etc. – is tied to illegal antitrust practices which violate the Sherman Antitrust Act, 15 USC §§ 1 & 2, in various ways – i.e., bid-rigging, contract steering, insider trading, money laundering, bribery, restraint of trade, profit-skimming, and monopolization. The "PIE" companies' majority share-holder base is comprised of public officials (state/federal). Thus, the corporate political donations that can be tracked by campaign finance group – viz., Democracy 21, Pew Internet & American Life Project, Century Foundation, Center for Public Leadership, Center for American Progress, Political Moneyline Campaign Finance Service, Texans for a Republican Majority (TRMPAC), Public Campaign Action Fund, Campaign for America's Future, TNS Media Intelligence/Campaign Media Analysis Group, Centers for Responsive Politics, Non Partisan Center for Better Campaigns, NY Senate 2000 (Sen. Hillary Rodham Clinton, D-NY) – have the (same) practical effect as "kickbacks." But cf. U.S. v. Guthrie, 64 F.3d 1510 (1995). See also U.S. v. U.S. v. Gypsum Co., 98 S.Ct. 2864 (1978); U.S. v. ORS, Inc., 997 F.2d 628, 631 n.5 (7th Cir. 1993); U.S. v. Mobile Materials, Inc., 871 F.2d 902, 910 (10th Cir. 1989)(per curiam); U.S. v. Kow, 58 F.3d 423, 427 (9th Cir. 1995); U.S. v. Humphrey, 104 F.3d 65, 68-69 (5th Cir.), cert. denied, 117 S.Ct. 1833 (1997). And where there are kickbacks, 41 USC § 53, one can usually find illegal "son-of-boss" tax shelters, I.R.C. § 501(c)(3), and tax delinquent shareholders in public office. See gen. U.S. v. Frederickson, 846 F.2d 517, 519-20 (8th Cir. 1988); U.S. v. Noske, 117 F.3d 1053, 1056-57 (8th Cir. 1997); Cheek v. U.S., 111 S.Ct. 604 (1991); U.S. v. Cheek, 3 F.3d 1057 (7th Cir. 1993); see esp record and court file in USA v. Richard M. Simkanin, No. 4:03 CR 188-A (ND/TX); Rivera v. Rathman, Cs. No. 4:06 CV 159 WS (ND/FLA)(illegal food redemption scheme).

5. The prison industrial complex also represents an illegal "food redemption" operation. Certain food service and food distribution companies contracting with the prison belt (state-to-state) – viz., Aramark Inc., Sysco Corp., Keefe Commissary Network, Trinity Service Corp., Sodexho, Stony Field Farms, Velda Farms, Flowers Foods Inc. – over-invoice food stock – i.e., beef, pork, poultry, fish, coffee, sugar, citrus fruit, lettuce, tomatoes, potatoes, cabbage, flour, cornmeal, beans, bread, peanut butter, asparagus, apples, etc.; and stockpile the excess stores between deliveries at the prisons by food distributor Sysco Corp. Aramark and Sysco are the primary engineers. Both firms are owned and operated by President George W. Bush and Fla. Gov. Jeb Bush. The surplus food stores are later reloaded onto Sysco Corp trucks and/or subcontractor transportation operators – viz., Hunt Trucking (former President Bill Clinton's Company), SBS Trucking, Ryder System Inc., PLM Trailer Leasing, FedEx Corp., etc.. Delivered to private country clubs, restaurants, Wal-Mart super stores, food banks (America's Second Harvest; The Nation's Food Bank), and other Aramark, Sysco, Trinity, Sodexho, and Keefe customers – viz., MCI Center, FedEx Field, Rose Garden Arena, American Airlines Arena, The Alamodome, Air Canada Center, Key Arena, Camden Yards, Arco Arena, Continental Airlines Arena, First Union Center, Ameriquest Field, Safeco Field, Heinz Field, SBC Park, PNC Park, Kauffman Stadium, Texas Stadium, Invesco Field, Reliant Stadium, Alltel Stadium, Gillette Stadium, HHH Metrodome, Gulfstream Park, Pimlico Race Course, Santa Anita, Yonkers Raceway, Island Race Track Gaming Center (greyhounds), Sara-

3. TRMPAC became the focus of a federal probe in 2005, which resulted in a state cover-up involving the new House Majority Leader Tom DeLay, R-TX. State Attorney Ronnie Earle (Travis County) labelled an ongoing election fraud scheme in Texas, similar to Florida's own, money laundering. And subsequently indicted Congressman DeLay on the charge; without even making the connection between 527-groups and lobbyist J. Abramoff.

TOGA, LAUREL PARK, DELMAR, AQUEDUCT RACEWAY, BELMONT PARK, CHURCHILL DOWNS, DELAWARE PARK, SPORTSMAN'S PARK, TEXAS MOTORSPEEDWAY, INFINEON RACEWAY, MARTINSVILLE SPEEDWAY, LOWES MOTOR SPEEDWAY, BRISTOL MOTORSPEEDWAY, RICHMOND INT'L RACEWAY, DARLINGTON RACEWAY, NEW HAMPSHIRE INT'L SPEEDWAY, DARLINGTON RACEWAY, INDIANAPOLIS MOTOR SPEEDWAY (IN 2004 FIRST LADY LAURA BUSH HELD A $2,000-A-PLATE BANQUET AT THE HOME OF INDIANAPOLIS MOTOR SPEEDWAY OWNER MR. TONY GEORGE, CATERED BY ARAMARK INC.); PHOENIX INT'L RACEWAY, DOVER INT'L SPEEDWAY, HOMESTEAD-MIAMI SPEEDWAY, ATLANTA MOTOR SPEEDWAY, KANSAS MOTOR SPEEDWAY, LAGUNA SECA, SEBRING, MAZDA RACEWAY, NASHVILLE SUPER SPEEDWAY, ETC.; AT STATE EXPENSE.

6. THE FOOD REDEMPTION SCHEME IS DIRECTLY CONNECTED TO HALLIBURTON CORPORATION, KELLOGG BROWN & ROOT (KBR), AND IRAQ'S "OIL-FOR-FOOD" PROGRAM (FOUNDED BY FORMER PRESIDENT BILL CLINTON IN 1996), WHICH ACTUALLY REPRESENTS THE WORLDWIDE INDUSTRIAL COMPLEX (GLOBALIZATION POLICY). AND MORE SPECIFICALLY, A SECRET COMMITTEE OF SHAREHOLDERS IN PUBLIC OFFICE (FOREIGN INVESTORS) - VIZ., TONY BLAIR (ENG.), JACQUES CHIRAC (FRANCE), PAUL MARTIN (CAN), VLADIMIR PUTIN (RUSSIA), GERHARD SCHRÖDER (GER), SILVIO BERLUSCONI (ITALY), JUNICHIRO KOIZUMI (JAPAN), & GEORGE BUSH (USA); a.k.a. "G-8". ALSO TYING IN WITH THE WORLD TRADE ORGANIZATION, THE EUROPEAN UNION TRADE COMMISSION, MIDDLE EAST ASI, COTECNA INSPECTION SA, THE U.N. SECURITY COUNCIL, KPMG CONSULTING, EFJ INC., MAGNA ENTERTAINMENT CORP (CAN), U.S. OFFICIALS AS SHAREHOLDERS OF THE COMPANIES ASSOCIATED WITH IRAQ'S OIL-FOR-FOOD PROGRAM, INCLUDING WITHOUT LIMITATION, SEN. NORM COLEMAN, R-MN, REP. ROGER WICKER, R-MS, REP. JEFF FLAKE, R-AZ, REP. HENRY HYDE, R-IL, SEN. HILLARY RODHAM CLINTON, D-NY, AND TED STEVENS, REPUBLICAN SENATOR, AND A DEFENDANT-RESPONDENT REAL PARTY TO THIS LAWSUIT.

* * *

RELIEF SOUGHT

THE RELIEF SOUGHT HEREINUNDER IS AS FOLLOWS:

A.) AN AWARD OF MONEY DAMAGES IN THE AMOUNT OF FIFTEEN TRILLION DOLLARS ($15,000,000,000,000.00) IN U.S. CURRENCY &/OR EUROPEAN UNION EUROS AT THE CURRENT RATE OF EXCHANGE;

B.) AN ORDER ENJOINING THE DEFENDANTS-RESPONDENTS THEIR OFFICERS, AGENTS, OR EMPLOYEES, FROM ENGAGING IN ANY FURTHER VIOLATIONS OF PLAINTIFFS-PETITIONERS LEGAL RIGHTS, INCLUDING WITHOUT LIMITATION, VIOLATIONS OF THE HELPING AMERICA VOTE ACT OF 2005, AND THE USA PATRIOT ACT OF 2001;

C.) AN ORDER DECLARING THE RIGHTS OF THE PARTIES;

D.) AN AWARD OF COSTS AND EXPENSES, INCLUDING WITHOUT LIMITATION, REASONABLE ATTORNEY'S FEES; AND,

E.) GRANTING PLAINTIFFS/PETITIONERS SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM APPROPRIATE.

DATED: 4.28.06.

RESPECTFULLY SUBMITTED,

VINCENT F. RIVERA #518598
FLORIDA STATE PRISON
7819 NW 228TH ST
RAIFORD, FL 32026

XC: USA

---

4. DELAWARE NORTH COMPANIES SPORTSERVICE CONTRACTS WITH DOZENS OF SPORTS FRANCHISES; AND IS AFFILIATED WITH ARAMARK, SYSCO, TRINITY, SODEXHO, & KEEFE COMMISSARY NETWORK.

5. IN 2000, ARAMARK CATERED THE RNC IN ITS HOME STATE (PHILADELPHIA, PA); AND AGAIN IN 2004 IN NEW YORK CITY (RNC). SEE "THE WAL-MART EFFECT," BY CHARLES FISHMAN (BARNES & NOBLE).