**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED
APR 06 2006
FSP MEDICAL DEPARTMENT

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Rivera Vincent    518548    FSP
Last  First  Middle Initial    Number    Institution

### Part A – Inmate Grievance

I have compiled volumes of relevant data pertaining to medical dept personnel at FSP (Ms. Darlene Chapman, Mrs. Mary Hedvall, Ms. Teresa Dowling, Ms. Catherine Allin, etc.), fleshing out the life files of "phantom employees" using the social security numbers (SSNs) of dead convicts. The phantom employees receive salaries that range from $34K - $60K per year or better. Caretakers of the phantom employees donate funds to the employee club funds of their choosing. That money is later used for campaign financing. This is something the state's CFO Mr. Tom Gallagher, whom is running for governor in '06, should know. The phantom employees are then entered on voter registration rolls. A ballot stuffing scheme that FSP medical staff have a hand in. And that amounts to a violation of the voting rights Act of 1965, 42 USC § 1973 i (c). And a prosecutable offense.

3 April 2006                  ξξξξξ ξξ 518548
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

Do you'd best make some corrections since its the dept of Corrections that is flamboyantly subverting the elector process. Shake up your staff or whatever you've got to do. Because the Fla Comm'n on ethics is coming to your town. Subsidized housing,

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___ # ___ Signature ___

### PART B – RESPONSE

paid utilities and other fringe benefits for keeping the world's worst kept secret safe from the public's scrutiny, notwithstanding. And just how much vacation pay these phantom employees got will be another boilerplate issue for consideration. A hard-boiled issue, in other words.

0604-205-103

@ The PLRA makes it possible for prison officials to extort information from prisoners by torture and various forms of stealth – i.e., deadly force, summary executions, food torture, diet manipulation, sleep deprivation, hooding, denial & deception, pressure tactics, deflection, chaos, etc.; as a way of determining operational weaknesses and/or security breaches. And to no avail, because the state and federal governments are caught RED-HANDED IN THEIR OWN DEVICE. THE HALLMARK OF

_____  _____  _____
SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING    SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
............................................TEAR ON PERFORATION............................................

**PART B - RESPONSE**

| RIVERA, VINCENT | 518548 | 0604-205-103 | (205) FSP - MAIN UNIT | C1318S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

In response to your Formal Grievance dated 4/5/06, the information you provided has been reviewed. Review shows you have made only statements herein. You have not identified your personal medical problems. Based on the above, your grievance is denied.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request For Administrative Remedy Or Appeal to the Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Fl. 32399-2500 within the specified time frame.

E. MADAN, M.D.
CHIEF HEALTH OFFICER
FSP

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

Bryant

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

4-16-06
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

INEFFECTIVE AND INEFFICIENT GOVERNMENT. BUT CF BRANTI V. FINKEL, 100 S.CT. 1287 (1980). THE STATE OF FLORIDA IS THE MODEL FOR ALL 50-STATES. SEE ALSO PS8. 9:15 (NKJV). IT FOLLOWS THAT IF THE FEDERAL COURTS BECOME AWARE OF PRISON OFFICIALS "INTELLIGENCE FAILURES" BEFORE THEY DO, EVEN THOUGH PRISON OFFICIALS ARE ENTRUSTED WITH CONFIDENTIAL INFORMATION ABOUT GOVERNMENT OPERATIONS (TRADE SECRETS AND MARKETING STRATEGIES); THEN THERE CAN BE NO AMOUNT OF STAFF SHAKE UPS TO PROTECT A GOVERNMENT SECRET THAT HAS ALREADY BEEN LOST. AND THUS, ANY REPORTS OF ABUSE OR MISTREATMENT BY PRISON OFFICIALS, CAN ONLY BE SEEN AS A LAME ATTEMPT TO CURRY FAVOR WITH SUPERIORS — VIZ, THE CONGRESSIONAL EARMARKERS AND BID-RIGGERS, THE GUBERNATORIAL CONTRACT-STEERERS AND LOG ROLLERS, THE PRESIDENTIAL HYPOCRITES AND HORSE TRADERS, AND THE STATE HOUSE COUNTRY CLUB SET. WHICH RAISES THE QUESTION: WHAT EXACT WAS FLA. GOV. JEB BUSH THINKING ABOUT WHEN HE APPOINTED MR. JAMES V. CROSBY, SEC'Y OF THE FDOC

MAILED
APR 2 8 2006
FSP GRIEVANCE OFF.