IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA
ANCHORAGE DIVISION

VINCENT F. RIVERA # 578548,
    PLAINTIFF(S)/PETITIONER(S),

v.                                                        CS. NO.

FRANK MURKOWSKI, GOVERNOR, ET AL,
    DEFENDANTS - RESPONDENTS.

RECEIVED
MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 4-28-06 FOR MAILING
INMATES INITIALS VR

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

PLAINTIFF(S)/PETITIONER(S) MOVES THIS HONORABLE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS (IFP), AND WOULD STATE:

1. IN 10-YEARS OF PRISON LITIGATION REFORM ACT (PLRA) ENFORCEMENT, NOT A SINGLE FEDERAL JUDGE HAS ELECTED TO INTERPRET THE PLRA IN ITS TRUE LIGHT. IN EDWARDS V. U.S., 114 F.3d 1083 (7TH CIR. 1997), THE COURT MADE IT CLEAR THAT THAT THE TIME PERIOD FROM WHICH A FEDERAL STATUTE EVOLVES IS AS MUCH A PART OF ITS APPLICATION AS THE "ORIGINAL INTENT" BEHIND ITS DESIGN. SEE ALSO U.S. V. GROSSMAN, 131 F.3d 1449 (7TH CIR. 1997). IN THE CASE OF THE PLRA AND THE AMENDED IN FORMA PAUPERIS (IFP) STATUTE, OR "3-STRIKES STATUTE," 28 USC § 1915(g), IT IS AXIOMATIC THAT LIMITING &/OR OBSTRUCTING THE PUBLIC'S KNOWLEDGE REGARDING PRISON ENFORCEMENT OPERATIONS WAS THE FOCUS OF THE ORIGINAL BILL'S SPONSORS—VIZ, SENS. DOLE, HATCH, KYL, & ABRAHAM. AND FOR OBVIOUS REASONS.

2. WHAT THE PLRA'S LANGUAGE NEGLECTS TO MENTION IS THAT A DEMOCRATIC PARTY PRESIDENT WILL CONTINUE TO BRIBE FEDERAL JUDGES WITH JUDICIAL APPOINTMENTS TO THE NEXT CAREER LEVEL, UNDER THE "SPOILS SYSTEM," AS A REWARD FOR THEIR ENGAGEMENT IN "JUDICIAL ACTIVISM," AND FOR THEIR POLITICAL PATRONAGE. IT STANDS TO REASON THAT IF THE CONGRESS AND THE PRESIDENT CREATED THE PRISON INDUSTRIAL COMPLEX (CARTELS), AND OR A NUMBER OF FORTUNE 500 COMPANIES, WHICH THEY THEMSELVES OWN, VIA ILLEGAL EARMARKED PORK PROJECTS, AS A CAPITALIST VENTURE FOR PERSONAL GAIN. AND JUDGES ARE REQUIRED TO RENDER SANCTIMONIOUS RULINGS THAT SHIELD THE CARTELS AND THEIR GOVERNMENT SPONSORS FROM LIABILITY; BY VIRTUE OF PLRA ENFORCEMENT, THEN IT MUST ALSO BE REASONABLE TO BELIEVE THAT SUCH JUDGES ARE ACTUALLY REPRESENTING THEIR OWN FINANCIAL STAKE IN THE PRISON INDUSTRIAL COMPLEX AS MAJORITY STAKEHOLDERS. A MATTER THAT EMBRACES THE ORGANIZED CRIME CONTROL ACT OF 1970, 18 USC § 3576, AND THE FEDERAL "RICO" STATUTE, 18 USC § 1961, ET SEQ. WHICH ARE BOTH MUCH OLDER THAN THE PLRA. THEREFORE, IF A FEDERAL JUDGE REFUSES TO APPLY FEDERAL ANTI-ORGANIZED CRIME POLICY IN THE FACE OF SUCH CONTINUING CRIMINAL ENTERPRISES; "CONSCIOUSNESS OF GUILT" BECOMES THE SUBSTITUTE FOR IMPARTIALITY OF JUDGMENT. SEE EG U.S. V. DIFRANCESCO, 449 US 117, 136-37 (1980).

3. THE PLRA ALLOWS PRISON OFFICIALS TO TORTURE PRISONERS AS A DEFLECTION TACTIC TO CLOAK THE ILLEGAL ACTIVITIES BEING PROMOTED IN THE PRISON BELT. OFFERING ADDITIONAL EVIDENCE OF THE JUDICIAL CONFERENCE'S COMPLICITY. DURING PRESIDENT CLINTON'S TENURE 378 FEDERAL JUDICIAL NOMINEES WERE CONFIRMED. AND IN 1996, THE PLRA WAS SIGNED BY FORMER PRESIDENT CLINTON. 10-YEAR LATER, AFTER MORE THAN 200- INMATE FATALITIES, COUNTLESS NUMBER OF REPORTED ABUSES, AND BILLIONS OF TAX DOLLARS

- poured into the earmarked pork project known as Prison Industry Enhancement ("PIE"); the judiciary still relies on the byword "frivolous" to prevent prisoners from leaking important information to the public regarding their tax dollars, which is exactly what transpired in Louisiana prior to the Hurricane Katrina fiasco (circa August 29, 2005). Prison contractors and mainstream corporations — viz., Alarcon Trading, Murphy Oil USA, Wal-Mart Stores Inc., The Gulf Group, Halliburton Corp., Aramark Inc., Sysco Corp., Louisiana Correctional Services, Emerald Management Corp., etc., served as a funnel for diverted state and federal funds. Tax dollars that former President Bill Clinton signed into public works projects (levees & floodwalls). However, the Louisiana legislature and former Louisiana Governor Edwin Edwards allocated these funds for prison enforcement operations and pet projects tied to privatization contracts, and the offshore oil industry; as well as the Casino Association of Louisiana — i.e., Harrah's Entertainment Corp being the market leader; smaller companies such as Evangeline Downs racetrack & casinos, also received a slice of the "pie." In brief, President Clinton, Gov. Edwin Edwards (currently serving 10-year prison sentence (Fed) for extortion pertaining to casino licenses), and the Louisiana legislature poured state and federal tax money into private systems — viz., Louisiana Offshore Oil Port, Plantation Pipeline, Colonial Pipeline, Port Fourchon, Noble, Rowan, Ensco, Swift Energy, etc.; not compete with the public works department and public schools. The "PIE" scheme is merely a front for pilfering tax dollars from the state & federal treasuries. And PLRA enforcement protects this scheme from public scrutiny.

WHEREFORE, plaintiffs/petitioners prays this Court grant this motion.

I certify that a true copy hereof was mailed to: Gregg Renkes, Atty. Gen., State Office Bldg., 1031 W. 4th Ave., Anchorage Alaska, 99501, this 28th day of April 2006.

DATED: 4.28.06.

Respectfully submitted,
Vincent F. Rivera #985N8
Florida State Prison
7819 NW 228th St
Raiford FL 32026
April

---

1/ The PLRA was signed by President Clinton on April 26, 1996; with 7-months remaining in his first term (1992-1996). Clinton won Florida in Nov. 1996's general election by 302-ballots. Texas Gov. George Bush won Florida in 2000 by 537 ballots. Which means that somewhere down the line 235-phantom employees made a difference. Cf. Prison Legal News, Vol. 17, No. 2, pg. 37, Feb. 2006. See also Prov. 26:27.

2/ Interpretation of the PLRA includes the setting in which it was enacted — i.e., the sitting president's tenure (1992-1996). President Clinton's tenure and public life was a front for an illegal corporate war between Wal-Mart Stores Inc., and Harrod's of London. Wal-Mart General Counsel in 1992, Ms. Hillary Rodham Clinton orchestrated a securities fraud that enlisted the resources of the CIA (R. James Woolsey, John Deutch, & George J. Tenet, Dirs. of Cen. Intel.) and the Pentagon's "DARPA" office, with the result being a roboticized/radio-controlled Bentley state limousine, the untimely deaths of Princess Diana and Harrod's CEO Dodi Al Fayed, the coronation of Wal-Mart as the King of Department Stores, majority shareholders in public office with controlling interest in Wal-Mart expanding legislation to overthrow Wal-Mart competitors, and pass measures favoring Wal-Mart (Chap. 7 Bankruptcy Reform, Industrial Loan Company Expansion); International Council of Shopping Centers (ICSC), $288-billion net earnings in 2005 for Wal-Mart, prescription drugs, gasoline sales, and supermarket expansion; and a U.S. Senate seat for Wal-Mart chairwoman Hillary Rodham Clinton, D-NY. A matter that is ripe for the International Criminal Police Organization (Interpol).

**RECEIVED**

MAY 0 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1/19/2006 9:22 AM

Facility: Florida State Prison
Store:    FSP Regular Store 02
Station: XPE006064503E26
Operator:    1652
Resident:    518546 / RIVERA, VINCENT F.
Balance:     $0.00

#### Canceled ####

Sub Total:      $0.00
Grand Total:    $0.00

Balance Remaining:   $0.00