RECEIVED
JUN 05 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

**AMENDED COMPLAINT**

Name: VINCENT F. RIVERA
Prison Number: 518548
Place of confinement: FLORIDA STATE PRISON
Mailing address: 7819 NW 228th St
City, State, Zip: RAIFORD, FL 32026
Telephone: NONE

JURISDICTION: 18 USC § 3576
VENUE: 28 USC § 1391(e)

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 6-2-06 FOR MAILING.
INMATES INITIALS VR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

VINCENT F. RIVERA,
(Enter full name of plaintiff in this action)

Plaintiff(s)/PETITIONERS

vs.

FRANK MURKOWSKI, GOV.,
ALASKA DEPT OF CORRS. U.S. SENS.
LISA MURKOWSKI, & TED STEVENS, PERSONALLY AND OFFICIALLY,
(Enter full names of defendant(s) in this action. Do NOT use et al.)
ETC, ET AL.,
Defendant(s)/RESPONDENTS

Case No. 3:06 CV 00106 RRB
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of VINCENT F. RIVERA #518548
(print your name)
who presently resides at Florida State Prison 7819 NW 228th West,
(mailing address or place of confinement)
violated by the actions of the below named individual(s). RAIFORD, FLORIDA 32026

1 of 10

Prisoner § 1983
Form Effect. 2/05

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __FRANK MURKOWSKI__, is a citizen of
(name)
__ALASKA__, and is employed as a __GOVERNOR__.
(state)                                    (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __SEC'Y DEPARTMENT OF CORRECTIONS__, is a citizen of
(name)
__ALASKA__, and is employed as __ADMINISTRATIVE/PUBLIC AGCY__.
(state)                                    (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __TED STEVENS__, is a citizen of
(name)
__ALASKA__, and is employed as a __U.S. SENATOR__.
(state)                                    (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, " etc.").

Claim 1: On or about __APRIL 26, 1996__, my civil right to __PETITION THE GOV'T__
         (Date)                              (Right to medical care, access to courts, due process,
__FOR REDRESS OF GRIEVANCES WAS WRONGFULLY ABRIDGED AND__
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
__HAS BEEN SO DENIED FOR THE PROCEED 10-YEARS; UNDER THE__
__PRETEXT OF THE PRISON LITIGATION REFORM ACT (PLRA)__
__DEPRIVING ME OF MY 1ST AMDT. RIGHT OF ACCESS TO THE COURT.__

2 of 10

Prisoner § 1983
Form Effect. 2/05

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

THE GOVERNOR OF ALASKA AND THE STATE LEGISLATURE ENTERED INTO AN ILLEGAL SECESSIONIST TREATY WITH THE DISTRICT OF COLUMBIA PRIOR AND SUBSEQUENT TO JUNE 2006. THE DEFENDANTS-RESPONDENTS USED THE POWER OF OFFICE TO EAR-MARK LEGISLATION THAT WOULD BENEFIT CERTAIN PUBLIC CORPORATIONS IN WHICH SUCH PERSONS HAVE A CONTROLLING STAKE AS EITHER OWNERS OR MAJORITY SHAREHOLDERS. WHILE THE (GOVERNOR) AWARDED SUCH CORPORATIONS AS PFIZER INC., ELI LILLY & CO, GLAXOSMITHKLEIN, MERCK & CO., MCKESSON, ORGANON USA, ABBOTT LABS, FOREST LABS, HOFFMAN LA ROCHE, GILEAD, AND SCHERING-PLOUGH; LUCRATIVE NO-BID SALES CONTRACTS FOR SUPPLY OF "DRUGWARE" OR COMMONLY PRESCRIBED MEDICINES, E.G., MORPHINE PUMPS, FENTANYL PATCHES, OXYCONTIN, VICODIN, HYDROCODONE, TRAMADOL, PERCOCET, DARVON, LORTAB, COUMADIN, AUGMENTIN, PREDNISONE, LIPITOR, PLAVIX, NEXIUM, ZOCOR, NEUROTIN, ADDERALL, ADACEL, CARISPRODOL, VANCOMYCIN, ETC. PHARMACEUTICAL CONTRACTORS SPECIALIZING IN REPACKAGING TRADEMARK BRAND MEDICINES SUCH AS TERRY YON & ASSOC. REPACKAGE THE DRUGS SUPPLIED TO THE DOC UNDER THEIR OWN LABEL AND TOGETHER WITH DOC CLUSTER PHARMACY PERSONNEL, DIVERT THE PRESCRIPTION DRUGS TO A PRIVATE SOURCE FOR RESALE – VIZ. WAL-MART STORES INC. TYPIFYING "CONSUMER FRAUD" AND ORGANIZED CRIME. MR RIVERA IS BEING DENIED ACCESS BY THE GOVERNMENT AS A SHIELD AGAINST LIABILITY FOR VIOLATIONS OF FEDERAL ANTIDRUG POLICY.

Prisoner § 1983
Form Effect. 2/05

Claim 2: On or about **April 26, 1996**, my civil right to **BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT/TORTURE WAS VIOLATED BY DEFENDANTS-RESPONDENTS, IN VIOLATION OF THE 8TH AMDT.**
(Date) (Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.)

PRIOR AND SUBSEQUENT TO JUNE 2006 THE DEFENDANTS, AND PARTICULARLY, GOV. MURKOWSKI; IMPLEMENTED AN UNLAWFUL AND UNCONSTITUTIONAL PRISONER ABUSE POLICY IN THE DEPT OF CORRS. A SYSTEMATIC OPERATION IN "ENFORCED HARDSHIPS" PREDICATED ON THE 1970s PSYCHOLOGY EXPERIMENTS OF PHILLIP ZIMBARDO (MOCK PRISON EXPERIMENT), AND STANLEY MILGRAM (OBEDIENCE EXPERIMENT). WHICH THE PARTIES DEFENDANT-RESPONDENT APPLIED AS A FORM OF STEALTH (CHAOS, DISTRACTION, PERCEPTION MANAGEMENT, MENTAL MANIPULATION, ETC.) TO DEFLECT "PUBLIC ATTENTION" &/OR "PUBLIC SCRUTINY" AWAY FROM THE PRISON INDUSTRIAL COMPLEX (STATE-TO-STATE). A MATTER THAT ILLUSTRATES "ABUSE OF THE PROCESS" BY GOVERNMENT OFFICIALS; AND, WHAT THEY CALL "PRIVATIZATION." THE STATE OF ALASKA IS ONE OF 37-STATES THAT ADOPTED THE BEFOREMENTIONED PRISONER ABUSE POLICY. WHICH OPENED THE DOOR TO RESEARCH AND DEVELOPMENT OF PATENTABLE ANTIPSYCHOTIC DRUGS IN ALL CATEGORIES — VIZ; TRANQUILIZERS/SEDATIVES, TRICYCLIC ANTIDEPRESSANTS, SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRI), MONOAMINE OXIDASE INHIBITOR (MAO), AND B-BLOCKERS. TYPIFYING "FORCED LABOR," INVOLUNTARY SERVITUDE OR "SLAVERY," IN VIOLATION OF THE 13TH AMDT. WITH THE ADDED ELEMENT OF FRAUDULENT CONCEALMENT.

Prisoner § 1983
Form Effect. 2/05

Claim 3: On or about __April 26, 2006__, my civil right to __MAKE MEANINGFUL USE OF__
(Date)                                  (Right to medical care, access to courts, due process,
__PROPERTY INTEREST UNDER THE 4TH AMDT. AND THE USA PATRIOT ACT__
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
__(§§ 215 & 802)__.
Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.)

THE GOVERNMENT (CO-CONSPIRATORS) UNREASONABLY SEIZED CERTAIN "PUBLIC PROPERTY" FOR "PRIVATE USE." AND MORE SPECIFICALLY, GOV. MURKOWSKI'S PRISON ENFORCEMENT OPERATIONS CONSTITUTE A "CONTINUING CRIMINAL ENTERPRISE" OR "CCE" FOR SHORT. THE DEFENDANTS-RESPONDENTS ARE FALSIFYING ADMINISTRATIVE AGENCY RECORDS IN ORDER TO SUPPRESS MATERIAL EVIDENCE OF AN INDUSTRIAL CARTEL THRIVING IN THE PRISON BEAT (NATIONWIDE) INFORMATION TO WHICH THE PUBLIC IS ENTITLED TO (PUBLIC PROPERTY). THE SCHEME IS AIMED AT PROVIDING CONTRACTORS IN THE PRISON BEAT WITH A CONTINUOUS FLOW OF WORKING CAPITAL VIA CONTRACTUAL FEES AND LEGISLATIVE APPORTIONMENTS KNOWN AS EARMARKS AND PORK PROJECTS (WHICH GOVERNMENT OFFICIALS LABEL "SPECIAL INTEREST GROUPS). THE PRISON CONTRACTORS ACTUALLY "KICKBACK" A LARGE PORTION OF SUCH APPORTIONMENTS TO MAJORITY SHAREHOLDERS IN PUBLIC OFFICE. HIGHLIGHTING THE PRIMARY REASON FOR THE UNREASONABLE SEIZURE OF PUBLIC PROPERTY (ACCURATE INFORMATION ABOUT ADMINISTRATIVE OPERATIONS AND PROCEDURES), FOR PRIVATE USE - I.E. "UNJUST ENRICHMENT THROUGH "CORPORATE PROFITEERING". GIVING MR. RIVERA'S CLAIMS UNDER THE ORGANIZED CONTROL ACT OF 1970, 18 USC § 3576, FULL CREDENCE.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ✓ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): RIVERA

Defendant(s): ALBERTO GONZALES, US ATTY. GEN.

Name and location of court: US DISTRICT COURT / EASTERN DISTRICT OF VIRGINIA RICHMOND, VA 23219-3517

Docket number: 1:05 CV 246 TSE   Name of judge: HON. T S ELLIS III

Approximate date case was filed: _____   Date of final decision: _____

Disposition: ___ Dismissed  ✓ Appealed  APP  (Still pending)

Issues Raised: PLRA ENFORCEMENT REQUIRES FEDERAL JUDGES TO AID AND ABET IN THE PERPETUATION OF "HIGH CRIMES AND MISDEMEANORS, IN EXCHANGE FOR BRIBES (JUDICIAL APPOINT- MENTS W/O FILIBUSTERS). APP NO. 06-6895 (4TH CIR)

b. <u>Lawsuit 2</u>:

Plaintiff(s): RIVERA

Defendant(s): BRAD HENRY, GOV.

Name and location of court: US DIST CT / WD OF OKLAHOMA OKLAHOMA CITY, OKLAHOMA 73102

Docket number: 5:06 CV 470   Name of judge: HON. RALPH G. THOMPSON

Prisoner § 1983
Form Effect. 2/05

Approximate date case was filed: 4.27.06   Date of final decision: 5.3.06.

Disposition: ____ Dismissed   __(Appealed)__   ____ Still pending

Issues Raised: App. No. 06-6166 (9th Cir)

THE PLRA IS TANTAMOUNT TO "CENSORSHIP."

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

__(Yes)__ ____ No   If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Parties: VINCENT F. RIVERA V. IRS

b. Name of federal court: US DIST CT/SD/FLA   Case number: 05-22467

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ✓ failed to state a claim

d. Issue(s) raised: PLRA ENFORCEMENT DELEGATES FEDERAL POWER TO A STATE ADMINISTRATIVE BODY (DOC)

e. Approximate date case was filed: 10.1.05.   Date of final decision: 10.12.05.

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): SUPREME COUNCIL ANCIENT & ACCEPTED, ET AL

b. Name of federal court: SD/FLA   Case number: 06-70387 (on app)

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ✓ failed to state a claim

d. Issue(s) raised: PLRA ENFORCEMENT VIOLATES THE TRUTH IN LENDING ACT, 15 USC § 1601, BECAUSE IT TRANSFORMS THE SITTING JUDGE INTO A SUPER LOAN OFFICER.

Prisoner § 1983
Form Effect. 2/05

e. Approximate date case was filed: 3.1.06.    Date of final decision: 3.10.06

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): PFIZER INC ET AL

b. Name of federal court ND/FLA    Case number: 4:05 CV 3MWS

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ✓ failed to state a claim

d. Issue(s) raised: PLRA ENFORCEMENT REPRESENTS A PRICE-FIXING SCHEME

e. Approximate date case was filed: 1.5.06.    Date of final decision: 1.30.06.

4. Are you in imminent danger of serious physical injury? ✓ Yes ____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: PRISON OFFICIALS ISOLATE PRISONERS THAT EXPOSE THEIR ILLEGAL ENFORCEMENT OPERATIONS; AND SUBJECT SUCH PRISONERS TO VARIOUS FORMS OF MENTAL AND PHYSICAL TORTURE. DIET MANIPULATION (DRUGS), RESTRICTED DIET, &/OR FOOD TORTURE, IS A FAVORITE OF PRISON OFFICIALS. THE EQUIVALENT OF "BREAD AND WATER." AS PROVIDED A PRISONER WITH A CONSTITUTIONALLY IN-ADEQUATE DIET CAN HAVE NO OTHER EFFECT.

**E. Exhaustion of Administrative Remedies**

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

1. Present place of confinement: FLORIDA STATE PRISON

2. Is there a grievance procedure at this institution? (Yes) ____ No

3. If yes, did you present the facts in your complaint for review through the grievance procedure?
(Yes) ____ No

a. If your answer is "No," explain why not: NOT APPLICABLE

b. If your answer is "Yes," what steps did you take? _INFORMAL AND FORMAL GRIEVANCES UNDER § 33-103 OF THE FLA. ADMIN. CODE. WHICH ACTS AS AN INFORMATION OPERATION. GIVING PRISON OFFICIALS INSIGHT INTO PRISONERS' THINKING. AND SINCE PROTECTING THE SECRET OF THE GOVERNMENT'S ILLICIT PRISON INDUSTRIAL CARTEL IS THE GRIEVANCE_

c. Is the grievance procedure complete? __(Yes)__ __No__ _PROCEDURES MAIN FUNCTION THE CONSORTIUM OR FEDERATION_

If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE** _BETWEEN THE_
**RESOLUTION** for any grievance concerning facts relating to this case. _STATE AND FEDERAL GOVERNMENTS IS REVEALED UNDER 42 USC § 1997(e), AND THE EXHAUSTION OF ADMIN._

F. **Request for Relief** _REMEDIES REQUIREMENT, SOUNDING IN "CONSCIOUSNESS OF GUILT," ON THE PART OF THE GOVERNMENT._

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _15,000,000,000,000.00_
_FIFTEEN TRILLION DOLLARS IN U.S. CURRENCY &/or E U EUROS._

2. Punitive damages in the amount of $ _100,000,000,000.00_
_ONE HUNDRED BILLION DOLLARS_

3. An order requiring defendant(s) to _CEASE & DESIST THEIR CURRENT FOOD & DRUG REDEMPTION SCHEME/ACTIVITIES._

4. A declaration that _THE PUBLIC HAS A RIGHT TO MR. RIVERA'S EVIDENCE; AND THAT ADMINISTRATIVE OPERATIONS AND PROCEDURES CONSTITUTE A FORM OF LAW THAT CANNOT BE WITHHELD FROM THE PUBLIC_

5. Other: _AN ORDER DECLARING THE PLRA UNCONSTITUTIONAL; BECAUSE IT FAILS TO PREVENT A PRISONER FROM BREACHING THE GOVERNMENT'S SECRET CORPORATE PROFITEERING/ORGANIZED CRIME RING &/or CLANDESTINE_

Plaintiff demands a trial by jury. __(Yes)__ __No__ _OPERATION IN "UNJUST ENRICHMENT"._

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __FLORIDA STATE PRISON__ on __6-2-06__
                      (Location)                         (Date)

_____
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)                (Date)

_____

_____

Attorney's Address and Telephone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

VINCENT F. RIVERA, #518548,
FLORIDA STATE PRISON,
  PLAINTIFF(S)/PETITIONER(S)      CS. NO. 3:06 CV 106 RRB

V.

FRANK MURKOWSKI, GOVERNOR,
  DEFENDANTS-RESPONDENTS.

MOTION TO WAIVE PREPAYMENT OF FILING FEE

PLAINTIFF(S)/PETITIONER(S) MOVES THIS COURT PURSUANT TO 28 USC § 1915, FOR AN ORDER WAIVING PREPAYMENT OF THE $350.00 FILING FEE, AND STATES:

1. REQUIRING MR. RIVERA TO PAY $350.00 FOR HIS LAWSUIT HAS THE SAME PRACTICAL EFFECT AS AN "EXCESSIVE FINE." BECAUSE 28 USC § 1915, AS AMENDED BY THE PRISON LITIGATION REFORM ACT (PLRA), TURNS THE SITTING JUDGE INTO A "SUPER-LOAN OFFICER," AND NO FEES ACTUALLY GET WAIVED. TO THE CONTRARY, THE SUPER-LOAN OFFICER ISSUES AN IMPLIED PROMISSORY NOTE FROM THE U.S. TREASURY, FOR THE AMOUNT IN QUESTION ($350.00); BY GRANTING IN FORMA PAUPERIS (IFP) STATUS. REQUIRING THE "IMPLIED LOAN" TO BE PAID BACK IN FULL, 28 USC § 1915 B)(1) & (2). A FEDERAL JUDGE HAS NO POWER TO CONSTRUCT THE TERMS OF A FEDERAL GUARANTEE LOAN, WHICH MEANS THAT PLRA ENFORCEMENT GIVES RISE TO A "SEPARATION-OF-POWERS" VIOLATION. BUT CF. HARRIS V. EVANS, 20 F.3d 1118 (11TH CIR. 1994).

2. THE HABEAS CORPUS ACT OF 1641, 16 CAR. I, CH 10, WAS DESIGNED TO STRIKE A BALANCE BETWEEN THE BRITISH CROWN AND THE PARLIAMENT, AGAINST AN USURPATION OF POWER BY EITHER BRANCH. 138-YEARS LATER AMERICA'S FOUNDING FATHERS ADOPTED THAT PROVISION, AND MADE IT A PART OF THE NATION'S CONSTITUTION. ART. 1, § 9, CL. 2. THUS, THE FAMILIAR SYSTEM OF "CHECKS AND BALANCES" WAS BORN. A HABEAS CORPUS PETITION COST $5.00. THIS HONORABLE COURT IS CHARGING MR. RIVERA $345.00 EXTRA; AND WITH NO EXPLANATION. THEREFORE, CONSISTENT WITH FED. R. CIV. P. 8(F), THE COURT MUST CONSTRUE ITS OWN REASONING TO DO SUBSTANTIAL JUSTICE IN THIS "EXCEPTIONAL CIRCUMSTANCE."

RESPECTFULLY SUBMITTED,

VINCENT F. RIVERA