**Name:** VINCENT F. RIVERA

**Prison Number:** 518548

**Mailing Address, Zip Code, Place of Confinement:** 7819 NW 228TH ST, RAIFORD, FL 32026

RECEIVED
JUN 0 3 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

VINCENT F. RIVERA
Plaintiff,

vs.

FRANK MURKOWSKI
Defendant(s).

PRISONER'S APPLICATION TO WAIVE PREPAYMENT OF FEES

CASE NO. 3:06 CV 00106 RRB
(To be supplied by the Court)

I, VINCENT F. RIVERA, declare that I am the (check the appropriate box)

☐ Plaintiff (filing civil rights complaint)
☐ Petitioner for writ of habeas corpus under 28 U.S.C. §§ 2254 or 2241
☐ Appellant (on appeal to the Ninth Circuit)
☒ Other _____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all unpaid fees and costs incurred by me in the case.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No  **(If "No" DO NOT USE THIS FORM)**

   If "Yes" state the place of your incarceration: FLORIDA STATE PRISON

**IMPORTANT: Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☒ No

   If the answer is "Yes," state both your gross and net salary or wages **per month**, and give the name and address of your employer:

   Gross: NOT APPLICABLE   Net: SAME

Prisoner's Filing Fee

Employer: ___NOT APPLICABLE___

**If the answer to No. 2 is "No,"** state the date of last employment and the amount of the gross and net salary and wages **per month** which you received.

Gross: ___I DON'T RECALL___   Net: ___I DON'T REMEMBER___

Employer: ___I HAVE NO RECOLLECTION___

Date of Last Employment: ___I DON'T KNOW___ / ___ / ___ (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest, dividends or PFDs   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or worker's compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe each source and state the **amount** and **when received** and what you expect you will **continue to receive**.

   ___NOT APPLICABLE___

4. Do you have **any** cash?   ☐ Yes   ☒ No
   State the total amount and location: ___

5. Do you have any checking account(s)?   ☐ Yes   ☐ No
   a. Name(s) and address(es) of bank(s): ___I'M NOT FAMILIAR___

   b. Present balance(s) in account(s): ___SAME___

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
   ☐ Yes   ☒ No

   a. Name(s) and address(es) of financial institution(s) ___

    b.    Present balance(s) in account(s): __NN AMDT POSSESSORY INTEREST__

7. Do you own an automobile or other motor vehicle? ☐ Yes ☐ No
    a.    Make: _____  Year: _____  Model: _____
    b.    Is it financed? ☐ Yes ☐ No
    c.    If so, what is the amount owed? __NM AMDT. POSSESSORY INTEREST__

8. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property? ☐ Yes ☐ No

    If "Yes" describe the property and state its value: __NN AMDT. POSSESSORY INTEREST__

9. Do you have any other assets or personal property other than clothing? ☐ Yes ☐ No

    If "Yes" list the asset(s) and state the value of each asset listed: __NN AMDT POSSESSORY INTEREST__

10. Have you placed any property, assets or money in the name or custody of anyone else in the last two years? ☐ Yes ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer:

    __NOT APPLICABLE__

11. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**): __NN AMDT. INTRUSIVE UPON FAMILY RELATIONSHIPS.__

Name _____ Relationship _____ Support: $ _____
Name _____ Relationship _____ Support: $ _____
Name _____ Relationship _____ Support: $ _____
Name _____ Relationship _____ Support: $ _____

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: 6.2.06.            [signature]
DATE                            SIGNATURE OF APPLICANT

**THE CERTIFICATION & CALCULATION ON THE FOLLOWING PAGE MUST BE COMPLETED!**

* AN "EXCESSIVE FINE" IS A PUNISHMENT. IT IS NOT A GRATUITY BY ANY MEANS. COMPARE WEEMS V. US, 217 US 349, 381-82 (1910) WITH SOLEM V. HELM, 463 US 277 (1983).

## AUTHORIZATION

I, __VINCENT F. RIVERA__, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

__6-2-06__                __/s/ Vincent F. Rivera__
DATE                       SIGNATURE OF APPLICANT

__VINCENT F. RIVERA__               __518548__
COMMITTED NAME OF APPLICANT          INMATE NO.
(Type or Print)

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant has the (available) sum of $ __0__ on account to his/her credit at __Florida State Prison__ (name of institution).

I certify that during the past six months, the average monthly **deposits** to the applicant's account was $ __0__, and 20% of that is $ __0__.

I further certify that during the past six months, the average monthly **balance** in the applicant's account was $ __nil__, and 20% of that is $ __nil__.

**Please attach certified copy of applicant's account statement showing transactions for past six months.**

__May 30, 2006__          __/s/ M. Maints  FA II__
DATE                       SIGNATURE OF AUTHORIZED OFFICER

TITLE and NAME OF AGENCY