**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

VINCENT F. RIVERA,
    Plaintiff,

Case Number 3:06-00106-RRB

v.

FRANK MURKOWSKI, et al.,
    Defendants.    **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED with prejudice, and this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

APPROVED:

/s/RALPH R. BEISTLINE
United States District Judge

Date: June 7, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/s/Ida Romack
Clerk of Court

[rivera judgment.wpd]{JMT2.WPT*Rev.3/03}