UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  VINCENT F. RIVERA  </u>  v.  <u> FRANK M. MURKOWSKI, et al. </u>

THE HONORABLE RALPH R. BEISTLINE

<u>DEPUTY CLERK</u>                                                            CASE NO. <u> 3:06-cv-00106-RRB </u>

<u> Carolyn Bollman </u>

<u>PROCEEDINGS</u>: **Minute Order From Chambers**          <u>DATE: April 16, 2008</u>

      On May 5, 2006, Vincent F. Rivera, a self-represented Florida prisoner, filed a civil rights complaint which this Court screened as required under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.[1]  The Court explained the deficiencies in the complaint and permitted Mr. Rivera to voluntarily dismiss without prejudice, or to amend his complaint if he were able to state a viable claim for relief.[2]  Mr. Rivera chose to file an amended complaint, which still failed to state a claim for relief, and the case was dismissed with prejudice on June 9, 2006.[3]

      Mr. Rivera has now sent the Court a motion to reopen his case.[4]  The time to reopen or to appeal has run, and this case is closed.[5]  The motion, therefore, must be denied.  The Court will accept no further filings from Mr. Rivera, but will promptly dispose of any further material Mr. Rivera sends to the Court in this matter.

      IT IS SO ORDERED.

---

[1] *See* Docket Nos. 1, 3.

[2] *See* Docket No. 3.

[3] *See* Docket Nos. 4, 6, 7.

[4] *See* Docket No. 8.

[5] *See* FED. R. CIV. P. 60(b) (relief from final judgment or order may be granted for "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud . . ., misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or . . . reversed or otherwise vacated . . . ; or (6) any other reason justifying relief from the operation of judgment").  No basis for reopening exists under this Rule).  *See also* Fed. R. App. P. 4.

[~8548405.wpd]{IA.WPD*Rev.12/96}