UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

VINCENT F. RIVERA,
    PLAINTIFF(S)/PETITIONER(S)

v.

1/ GOV. SARA PALIN, ET AL.,
    DEFENDANTS/RESPONDENTS.

CS. NO. 3:06CV00106 RRB

NOTICE OF APPEAL/APPLICATION FOR A CERTIFICATE OF APPEALABILITY

PROVIDED TO SANTA ROSA C.I.
MAY 22 2008
FOR MAILING   INMATE INITIALS

RECEIVED MAY 27 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

    NOTICE IS GIVEN THAT VINCENT F. RIVERA, PLAINTIFF(S)/PETITIONER(S), APPEALS TO THE 9TH CCA, THE ORDER OF THIS COURT ENTERED ON APRIL 16, 2008. THE NATURE OF THE ORDER IS A FINAL ORDER DENYING MOTION TO REOPEN CASE. MY ISSUES PRESENTED ARE AS FOLLOWS:

    WHETHER THE PRISON LITIGATION REFORM ACT TURNS THE STATE INTO A SPONSOR OF TERRORISM (WORLDWIDE), 2/ BY VIRTUE OF SECESSION (STATE-TO-STATE).

AND IF SO,

    DOES PRISON LITIGATION REFORM ACT ENFORCEMENT CREATE AN "EXCEPTIONAL CIRCUMSTANCE" UNDER SINGLETON V. WULFF, THAT REQUIRES A FEDERAL APPELLATE COURT TO RESOLVE THE ISSUE. 96 S.CT. 2868 (1976).

DATED: 5.22.08.

RESPECTFULLY SUBMITTED
BY: VINCENT F. RIVERA #585148
SANTA ROSA CORR. INST.
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

PRO SE

---

1/ GOV. FRANK M. MURKOWSKI, WAS THE SITTING GOVERNOR WHEN THE LAWSUIT WAS FILED.
2/ PART OF THE AL QAEDA'S FINANCIAL ARM (NARCO-TRAFFICKING): AS WELL AS THE TALIBAN.