UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  RIVERA v. MURKOWSKI et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  RALPH R. BEISTLINE 3:06-cv-00106-RRB
Date Complaint Filed:  05/05/2006
Date Appealed Order *entered*:  04/17/2008
Date NOA *filed*:  05/27/2008
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:  NONE

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  NOT PAID          Date Docket Fee billed:  _
Date FP granted:  _                Date FP denied:  _
Is FP pending?  NO              Was FP Limited/Revoked?
US Government Appeal?   NO      Companion Cases?  Please list:  _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:  (please include e-mail address and fax number)**
Appellate Counsel:                Appellee Counsel:
**VINCENT F. RIVERA**
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MILTON, FL 32583
**PRO SE**

__retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  _          Address:  _
Custody:  _            Bail:  _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  _          9th Circuit Docket Number:  _

Name and phone number of person completing this form:   CARLA APPLEBEE
                                 907-677-6138