UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 10 2008

FILED _____
DOCKETED _____
             DATE         INITIAL

**CASE INFORMATION:**
Short Case Title: RIVERA v. MURKOWSKI et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: RALPH R. BEISTLINE 3:06-cv-00106-RRB
Date Complaint Filed: 05/05/2006
Date Appealed Order *entered*: 04/17/2008
Date NOA *filed*: 05/27/2008
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

08-35502

RECEIVED
JUN 16 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: NONE

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: NOT PAID      Date Docket Fee billed: __
Date FP granted: __                 Date FP denied: __
Is FP pending? NO                   Was FP Limited/Revoked?
US Government Appeal? NO            Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:
**VINCENT F. RIVERA**
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MILTON, FL 32583
**PRO SE**

__retained  __CJA  __FPD  __FPD  __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: __               Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __

Name and phone number of person completing this form: CARLA APPLEBEE
                                                       907-677-6138