**FILED**

UNITED STATES COURT OF APPEALS

SEP 10 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VINCENT F. RIVERA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>FRANK MURKOWSKI, Governor; et al.,<br><br>    Defendants - Appellees. | No. 08-35502<br><br>D.C. No. 3:06-CV-00106-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |



RECEIVED
SEP 1 5 2008
CLERK, U.S, DISTRICT COURT

Before: PREGERSON and McKEOWN, Circuit Judges.

Appellant's motion to proceed in forma pauperis is denied. Within 21 days after the date of this order, appellant shall pay $455.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant

rb/MOATT

pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

If the appeal is dismissed for failure to comply with this order, the Clerk shall not file or entertain any motion to reinstate the appeal that is not accompanied by proof of payment of the docketing and filing fees and a response to the order to show cause.

Briefing is suspended pending further order of this court.